UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:15-cr-64-MOC-WCM-1

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| Vs. | ) ORDER |
| | ) |
| **BRADFORD ALLEN,** | ) |
| Defendant. | ) |

**THIS MATTER** is before the Court on Defendant's Motion Requesting a Judicial Clarification Concerning Length of RRC/Halfway House Placement. (Doc. No. 78). On July 22, 2020, this Court entered an Order recommending placement in a Residential Re-Entry Center. On July 30, 2020, Defendant filed the pending motion.

Defendant's motion is **GRANTED** to the extent that the Court clarifies that the Court recommends a 12-month RRC/Halfway House Placement preceding the end of his sentence. As the Court noted in its earlier Order, this recommendation is a non-binding, strictly advisory recommendation as to placement.

**IT IS SO ORDERED**.

Signed: October 6, 2020

Max O. Cogburn Jr.
United States District Judge

1